

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00317-CV

_____

RAY ALLEN ROGERS, SCOTT MITCHELL SUDDATH, AND JEFFREY ALLEN ROGERS, Appellants

V.

KIMBERLY ANNETTE COSLETT AND POINTBANK, Appellees

---

On Appeal from the 462nd District Court
Denton County, Texas
Trial Court No. 18-10743-211

---

Before Wallach, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Unopposed Voluntary Motion to Dismiss Appeal." We grant the motion and dismiss the appeal.[1]  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal.  *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  January 9, 2020

---

[1]The trial court dismissed Appellants' claims after they failed to comply with the court's order to either join Ralph Milton Suddath and the United States of America by the Director of Internal Revenue (the IRS) in the suit or obtain a release of Suddath's and the IRS's respective interests in certain property.  Appellants filed this appeal from that dismissal.  In their notice of appeal, they included Suddath's name in the style of the case, and in their docketing statement, they named Suddath as an appellee.  However, they did not conference with Suddath, who is pro se, about their motion to dismiss.  In Appellants' response to our request that they file an amended certificate of conference reflecting that they had conferenced with Suddath, *see* Tex. R. App. P. 42.1(a)(1), Appellants asserted that Suddath was never joined in this suit and is therefore not a party to this appeal and that, consequently, conferencing with him is not required.  We accept Appellants' acknowledgement that Suddath is not a party to this appeal, *see R&M Mixed Beverage Consultants, Inc. v. Safe Harbor Benefits, Inc.*, 578 S.W.3d 218, 223 n.1 (Tex. App.—El Paso 2019, no pet.), and we modify the style of the case to omit Suddath as an appellee.  Likewise, because the IRS was also never joined in this suit and is therefore not a party to this appeal, we modify the style to omit the IRS as an appellee.